IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION



| | | |
|---|---|---|
| JANELLE ARRENDELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 1-07CV-033-C |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| Defendant. | § | |

## COMPLAINT

NOW COMES plaintiff Janelle Arrendell and files this original Complaint complaining of United Parcel Service, Inc. ("UPS"), and states the following:

### I. PARTIES

1. Plaintiff resides at 501 Portland, Abilene, Texas 79605.

2. UPS is an Ohio corporation headquartered in Atlanta, Georgia. It may be served with process by serving its registered agent for service of process, CT Corporation System, 1021 Main Street, Suite 1150, Houston, Texas 77002.

### II. JURISDICTION

3. The court has jurisdiction over the lawsuit because it arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-3(a).

### III. EXHAUSTION OF ADMINISTRATIVE PROCEDURES

4. Plaintiff timely filed a charge of discrimination with the EEOC, EEOC Charge No. 31C-2006-00931, in which she alleged that she had been retaliated against by UPS because she had complained of racial and gender discrimination in the workplace. The EEOC attempted unsuccessfully to conciliate the charge of discrimination through voluntary resolution, and



subsequently issued a Dismissal and Notice of Right to File a Civil Action dated December 8, 2006.

5. All conditions precedent to the filing of this suit have been performed or have occurred.

## IV. STATEMENT OF CLAIM

6. Plaintiff is an employee within the meaning of Title VII, 42 U.S.C. § 2000e(f), and belongs to a class protected under the Act, namely a black female and a person who has opposed a practice made an unlawful employment practice under the Act.

7. UPS is an employer within the meaning of Title VII, 42 U.S.C. § 2000e(b).

8. UPS has discriminated against plaintiff in violation of § 704(a) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-3(a). Plaintiff started with UPS as a part-time employee at UPS's Abilene facility in September 2004. In February 2005, she was promoted to the position of part-time supervisor. In the fall of 2005, plaintiff began to perceive that she was being discriminated against by UPS's Abilene management group on the basis of her race and gender. Plaintiff communicated her concerns regarding how she was being treated to UPS's Oklahoma City management group in October 2005. She subsequently complained about another black UPS employees being referred to as "Buckwheat." On or about February 7, 2006, Sanda Harker, a "security investigator" from UPS's Oklahoma City office, interrogated plaintiff about alleged irregularities regarding how plaintiff recorded her work hours. Unbeknownst to plaintiff at the time, Ms. Harker's investigation was initiated after UPS's Abilene management had reported to upper management that plaintiff was over-reporting the number of hours she was working. Internal communications discovered subsequently reflect that on or about February 2, 2006, Coby Ford wrote to Larry Slough, the Abilene manger, and Arnett McClure, plaintiff's immediate supervisor, stating:

> How are we to handle this situation with Janelle? I will commit to doing a write up on her asap. Contacts in the Oklahoma office have been made and she will be dealt with next week. We should have thought of this sooner. I am working on a request for disciplinary action on Janelle.
> (rough draft-of course I can't say what I want to say)
> Please get back with me on this guys.
> The sooner we handle this problem, the better our jobs will be once again.
> Hey Arnett, Don't worry about the racial remarks made, she cant' prove it.
> Larry, you have my word I will take care of this.
> Coby

On or about February 2, 2006, Larry Slough responded to Mr. Ford, stating:

> Let's go ahead and complete the disciplinary action form on Janelle. Is this the first write up on Janelle since her hire date? I believe it will be
> If so, we need to be sure to complete and file for future situations.
> Have you spoken to anyone other than myself and Arnett about this?
> Don't
> I have spoken to Arnett and we have discussed this matter in detail.
> He will be on vacation. I told him not to worry about this.
> As you stated she sincerely needs to be dealt with. This matter of discrimination is absurd. Arnett explained the racial remark to me - you're right she can't prove it.
> Just between us the bitch is crazy.
> I will request that Janelle be terminated from her position.

### V. CONSTRUCTIVE DISCHARGE

9. Upon learning that Messrs. Ford, McClure and Slough had conspired to retaliate against her because she had complained about how she and others were being treated, plaintiff became physically ill and was unable to continue her employment with UPS. Plaintiff tendered her resignation on or about March 1, 2006.

### VI. DAMAGES

10. Plaintiff suffered the following injuries as a direct and proximate result of defendant's conduct:

    a) plaintiff incurred a loss of earnings after she was constructively discharged from her employment with UPS; and

      b)    Plaintiff suffered mental anguish and emotional distress.

11.    Plaintiff would show that she is entitled to punitive damages pursuant to 42 U.S.C. §1981a(3)(b) because UPS, by and through Messrs. Ford, McClure and Slough, maliciously engaged in discriminatory practices, including retaliation, with the intent to injure plaintiff and violate her federally protected rights.

## VII. ATTORNEY'S FEES

12.    Plaintiff is entitled to an award of attorney's fees and costs under Title VII, 42 U.S.C. §2000e5(k).

## VIII. JURY DEMAND

13.    Plaintiff hereby demands a trial by jury of all issues so triable pursuant to Rule 38 of the Federal Rules of Civil Procedure and §102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

## IX. PRAYER

14.    For these reasons, plaintiff asks for judgment against defendant for:

    (a)    back pay, front pay, compensatory damages and punitive damages as would fully compensate plaintiff and deter future discriminatory acts and practices;

    (b)    an award of attorney's fees and costs;

    (c)    pre- and post judgment interest as allowed by law; and

    (d)    all other relief the Court deems appropriate.

DATED this 5th day of February, 2007.

Respectfully submitted,

_____
GREGORY L. ALLEN
State Bar No. 01033350
Asbury & Asbury, L.L.P.
534 Pine Street, Suite 102
Abilene, Texas 79602
Telephone: (325) 673-7141
Telecopier: (325) 673-7258

ATTORNEYS FOR PLAINTIFF

%JS 44 (Rev. 10/06)     **CIVIL COVER SHEET** 1.-07CV-033-C

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JANELLE ARRENDELL

**DEFENDANTS**
UNITED PARCEL SERVICE, INC.

(b) County of Residence of First Listed Plaintiff  **TAYLOR**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Gregory L. Allen, Asbury & Asbury, L.L.P., 534 Pine Street, Suite 102, Abilene, Texas 79601, (325) 673-7141

Attorneys (If Known)
Shannon Schmoyer, Akin Gump Strauss Hauer & Feld, 300 Convent, Suite 1500, San Antonio TX 78205 (210)281-7051

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability |  | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument |  | ☐ 365 Personal Injury - Product Liability |  |  | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability |  | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine |  | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 480 Consumer Credit |
|  | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
|  |  | ☐ 370 Other Fraud | ☐ 690 Other |  | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits |  | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) |  |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury |  | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  |  |  | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment |  | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land |  | ☐ 530 General |  |  |  |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other |  |  |  |
|  |  | ☐ 550 Civil Rights |  |  |  |
|  | ☐ 446 Amer w/Disabilities - Other | ☐ 555 Prison Condition |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights |  |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Brief description of cause: Unlawful retaliation pursuant to Title VII, 42 U.S.C. §2000e-3(a)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) PENDING OR CLOSED
(See instructions): JUDGE _____  DOCKET NUMBER _____

DATE 2/05/07
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT #  AMOUNT 350.00  APPLYING IFP  JUDGE _____  MAG. JUDGE _____

AB000383