IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| JANELLE ARRENDELL, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 1-07CV-033-C |
| | § | |
| UNITED PARCEL SERVICE, INC., | § | |
| | § | |
|    Defendant. | § | |

## NOTICE OF CORRECTION OF SIGNATURE OMISSION

On the 3rd day of January, 2008 I submitted a document by electronic means that was entered on the docket as document number 12, titled

> Rule 41 STIPULATION of Dismissal.

I did not place on the document, as required by LR 11.1(b) or LCrR 49.5(b), an "s/" and counsels' typed names, or my graphical signature, in the space where my signature would have appeared had the document been submitted on paper. My signature, below, represents my correction of this omission in accordance with Fed. R. Civ. P. 11(a). In addition, below is the correction for the signature of counsel for Plaintiff, which is submitted by permission.

Date: January 7, 2008

1

/s/ Glenn D. Shook_____
SHANNON B. SCHMOYER
State Bar No. 17780250
E-mail:  sschmoyer@akingump.com
GLENN D. SHOOK
State Bar No. 18290250
E-mail:  gshook@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
300 Convent, Suite 1600
San Antonio, Texas 78205
210.281.7000 (Telephone)
210.224.2035 (Facsimile)
**ATTORNEYS FOR DEFENDANT**
**UNITED PARCEL SERVICE, INC.**

/s/ Gregory L. Allen  (by permission)_____
Gregory L. Allen
State Bar No. 01033350
Email:  gregallen@asburylaw.com
Asbury & Asbury, L.L.P.
534 Pine Street, Suite 102
Abilene, Texas  79602
325.673.7141 (Telephone)
325.673.7258 (Facsimile)

**ATTORNEY FOR PLAINTIFF**
**JANELLE ARRENDELL**

2